IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

WILLIAM LEON McCARTY,

    *Plaintiff,*

vs.                                            CIVIL ACTION NO: CCB00-3069
                                                 (Honorable Catherine Blake)

YUMIKO KASAI and
NATIONWIDE INSURANCE
ENTERPRISE,

    *Defendants.*

## STIPULATION OF DISMISSAL

By agreement of the parties hereto, it is this _____20ᵗ_____ day of _November_ 2000 **ORDERED** that the Plaintiffs cause of action against Nationwide Mutual Insurance Company (mis-denominated as Nationwide Insurance Enterprise) be, and hereby is, **DISMISSED** with prejudice to all parties pursuant to Federal Rules of Civil Procedure 41(a).

The Clerk of the Court will forward an attested copy of this Order to all counsel of record.

                                                                  _____
                                                                    Catherine Blake, Judge
                                                                    United States District Court
                                                                    District of Maryland

WE ASK FOR THIS:

**Martin & Seibert, L.C.**

_____
Paul B. Weiss, Esquire
WV State Bar ID #6189
Walter M. Jones, Esquire
WV State Bar ID #1928
Martin & Seibert, L.C.
1164 Winchester Avenue
P.O. Box 1286
Martinsburg, WV 25402-1286


_____
Bradley J. Reed, Esquire    Federal Bar No.
Britt-Getty Law Offices              023271
1936 Dual Highway
Hagerstown, MD 21740