IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM L. McCARTY, | * | |
| *Plaintiff,* | * | |
| v. | * | CIVIL ACTION NO. CCB 00-3069 |
| YUMIKO KASAI, et. al., | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Please dismiss the above captioned case with prejudice, upon payment of open costs by the Defendant.

Anthony V. Teelucksingh
8600 LaSalle Road, Suite 620
The Oxford Building
Towson, Maryland 21286-5955
(410) 339-7919
Attorney for Defendant

Bradley J. Reed
Britt Getty Law Offices
1936 Dual Highway
Hagerstown, Maryland 21740

Approved
[signature] 5-07-01